UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M 12 - 133**

2) Defendant's Name: Brooks (Last)  Taleek (First)  ___ (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No  Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: ✓ Yes __No  Date/Time: 2/7/12

10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ✓

11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: ✓
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: Robert Polemeni

14) DEFENSE COUNSEL'S NAME: Michael Weil
    Address: _____
    Bar Code: _____ CJA: __ FDNY: ✓ RET: ___
    Telephone Number: (___)

15) LOG #: ___ ( 2:46 - 2:51 )  MAG. JUDGE: Azrack

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: Court denied bail

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS _____ DAY OF _____, 20___

UNITED STATES MAGISTRATE JUDGE